UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LORETTA SINGLETON,<br><br>Plaintiff(s),<br><br>v.<br><br>NP TEXAS, LLC,<br><br>Defendant(s). | Case No. 2:17-CV-2596 JCM (GWF)<br><br>ORDER |

Presently before the court is defendant NP Texas, LLC's motion to remand this action to state court. (ECF No. 3). On October 5, 2017, defendant NP Texas, LLC—a citizen of Nevada—removed this personal injury diversity action to federal court. (ECF No. 1). On October 20, 2017, the due date of the statement regarding removed action, NP Texas filed the instant "defendant's notice of withdrawal of removal and request for remand." (ECF No. 3).

Removal of this action was improper because defendant is a citizen of the state in which plaintiff filed the action. 28 U.S.C. § 1441(b)(2); (ECF No. 1 at 2). Therefore, the case will be remanded to state court.

Accordingly,

IT IS HEREBY ORDERED that defendant NP Texas, LLC's motion to remand (ECF No. 3) is GRANTED, and this action is remanded to state court.

DATED October 23, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**